UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM RAY, JR.,

    Plaintiff,                                    Case No. 1:14-cv-990

v                                              HON. JANET T. NEFF

8TH CIRCUIT COURT, COUNTY OF
IONIA,

    Defendant.
_____/

## OPINION AND ORDER

Plaintiff, proceeding *pro se*, filed this lawsuit seeking relief from the alleged overpayment of spousal support and other decisions related to his divorce. The Magistrate Judge issued a Report and Recommendation (Dkt 5), recommending that this Court dismiss the action for lack of subject matter jurisdiction. Plaintiff has filed a purported "objection" to the Report and Recommendation (Dkt 6), but he raises no substantive objection to the Magistrate Judge's determination. Plaintiff merely asks two questions pertaining to his legal action, which are not proper matters for this Court to address.

In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court denies the objection and adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. A Judgment will be entered consistent with this Opinion and Order. *See* FED. R. CIV. P. 58.

**THEREFORE, IT IS ORDERED** that the Objection (Dkt 6) is DENIED, and the Report and Recommendation (Dkt 5) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this case is DISMISSED for lack of subject matter jurisdiction.

Dated: July __6__, 2015                              /s/ Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge